# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUGLAS H. HARDY, M.D.
GLENN CHAMPION, ESQ.,
DYLAN TENT, ET AL., as
Representatives of a Class of Real
Estate Brokers and Agents,

        Plaintiffs,

v.

NATIONAL ASSOCIATION OF REALTORS,
MICHIGAN ASSOCIATION OF REALTORS,
THE GROSSE POINTE BOARD OF REALTORS,
GREATER METROPOLITAN ASSOCIATION OF
REALTORS, NORTH OAKLAND COUNTY
BOARD OF REALTORS AND REALCOMP II [SIC],

        Defendants.
_____/

Case No. 2:24-cv-12102-JJCG-DRG
Honorable Jonathan J.C. Grey

## STIPULATED ORDER DETERMINING TIME
## FOR DEFENDANTS' RESPONSE TO COMPLAINT

Plaintiffs Douglas H. Hardy M.D., Glenn Champion, Esq., Dylan Tent, et al. ("Plaintiffs") and Defendants National Association of Realtors ("NAR"), Michigan Association of Realtors ("MAR"), the Grosse Pointe Board of Realtors ("GPBR"), Greater Metropolitan Association of Realtors ("GMAR"), North Oakland County Board of Realtors ("NOCBR"), and Realcomp II [sic] ("Realcomp") (collectively, "Defendants") (Plaintiffs and Defendants may be referred to collectively as the

101410738

"Parties," or an individual "Party") by their undersigned counsel agree to the following:

WHEREAS Plaintiffs filed a complaint against Defendants on or about August 12, 2024.

WHEREAS, while Plaintiffs have purported to serve certain Defendants, and/or one or more other Defendants have informed Plaintiffs that such Defendants are waiving service pursuant to FRCP 4(d), the Parties have agreed that all Defendants shall have until November 1, 2024 to respond to Plaintiffs' complaint.

IT IS HEREBY ORDERED that Defendants must move, answer, or otherwise respond to Plaintiffs' complaint on or before November 1, 2024.

IT IS HEREBY FURTHER ORDERED that this Stipulated Order is without waiver of any and all rights, claims, and defenses of each Party, whether substantive, procedural, jurisdictional, or otherwise.

**IT IS SO ORDERED.**


Dated: September 5, 2024            **s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Stipulated and agreed
as to form and content:

*/s/ Michael S. Clawson (w/ permission)*
Michael S. Clawson (35728)
*Attorneys for Plaintiffs*
MICHAEL S CLAWSON PLLC
41000 Woodward Ave.
Ste 395E
Bloomfield Hills, MI 48304
msc@mikeclawsonlaw.com


*/s/ David J. DeVine (w/ permission)*
David J. DeVine (P70012)
Sheldon H. Klein (P40162)
*Attorneys for Defendant Greater
Metropolitan Association of REALTORS®*
BUTZEL LONG, P.C.
201 W. Big Beaver, Ste. 1200
Troy, MI  48084
Phone:  (248) 258-1616
Fax:  (248) 258-1439
devine@butzel.com
klein@butzel.com


*/s/ Richard D. Linnell (w/ permission)*
Richard D. Linnell (P59339)
James Randall Witham (P40162)
*Attorneys for Defendant North Oakland County Board of REALTORS®*
LINNELL & ASSOCIATES, PLLC
2804 Orchard Lake Road, Ste. 203
Keego Harbor, MI  48320
Phone:  (248) 977-4182
Fax:  (248) 232-6179
rlinnell@linnellfirm.com
jrwitham@linnellfirm.com

<u>*/s/ Larry J. Saylor  (w/ permission)*</u>
Larry J. Saylor (P28165)
*Attorney for Defendants*
*National Association of REALTORS®*
*and Michigan REALTORS®*
MILLER CANFIELD PADDOCK & STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI  48226
(313) 963-6420
saylor@millercanfield.com


<u>*/s/ Alexander E. Blum*</u>
Alexander E. Blum (P74070)
Brian D. O'Keefe (P39603)
*Attorneys for Realcomp II Ltd.*
LIPPITT O'KEEFE PLLC
370 E. Maple Rd.
Third Floor
Birmingham, MI 48009
248-646-8292
ablum@lippittokeefe.com
bokeefe@lippittokeefe.com


<u>*/s/ Jared A. Roberts (w/ permission)*</u>
Jared A. Roberts (P55182)
FRASER TREBILCOCK DAVIS & DUNLAP PC
124 W. Allegan Street
Suite 1000
Lansing, MI 48933
Phone: (517) 377-0843
Fax: **(**517) 482-0887
jroberts@fraserlawfirm.com

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 5, 2024.

                        s/ S. Osorio
                        Sandra Osorio
                        Case Manager