# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DOUGLAS H. HARDY, M.D., GLENN
CHAMPION, ESQ., DYLAN TENT,
ET AL., as Representatives of a Class of
Real Estate Brokers and Agents,

      Plaintiffs,                    Case No. 2:24-cv-12102-JJCG-DRG
                                   Hon. Jonathan J.C. Grey

v.

NATIONAL ASSOCIATION OF REALTORS,
MICHIGAN ASSOCIATION OF REALTORS,
THE GROSSE POINTE BOARD OF REALTORS,
GREATER METROPOLITAN ASSOCIATION OF
REALTORS, NORTH OAKLAND COUNTY
BOARD OF REALTORS AND REALCOMP II,

      Defendants.
_____/

## **APPEARANCE**

PLEASE TAKE NOTICE that Alexander E. Blum of the law firm Lippitt O'Keefe, PLLC, hereby enters an appearance on behalf of Defendant Realcomp II Ltd. in the above-captioned matter.

                                                  Respectfully submitted,

                                                  **LIPPITT O'KEEFE, PLLC**

                                                  /s/ *Alexander E. Blum*_____
                                                 Alexander E. Blum (P74070)
                                                 370 E. Maple Rd., Third Floor
                                                 Birmingham, MI 48009
                                                 (248) 646-8292
Dated: September 26, 2024          ablum@lippittokeefe.com
                                                 *Attorneys for Defendant Realcomp II Ltd.*

101410738

## CERTIFICATE OF SERVICE

The undersigned hereby states that on September 26, 2024, she filed the foregoing document electronically with the Clerk of the Court using this Court's electronic filing system which will provide electronic service to counsel of record.

I declare the above statement to be true to the best of my knowledge, information and belief.

>*/s/ Alexis Nemeth*_____
>Alexis Nemeth
>Legal Assistant
>370 E. Maple Rd., 3rd Floor
>Birmingham, MI  48009
>(248) 646-8292
>anemeth@lippittokeefe.com

101410738