UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOUGLAS H. HARDY, M.D., GLENN CHAMPION, ESQ., DYLAN TENT, ET AL., as representatives of a class of real estate brokers and agents, | Case No. 24-cv-12102 |
| Plaintiffs, | Honorable Jonathan J.C. Grey |
| v. | Magistrate Judge David D. Grand |
| NATIONAL ASSOCIATION OF REALTORS, MICHIGAN ASSOCIATION OF REALTORS, THE GROSSE POINTE BOARD OF REALTORS, GREATER METROPOLITAN ASSOCIATION OF REALTORS, NORTH OAKLAND COUNTY BOARD OF REALTORS, AND REALCOMP II LTD., | |
| Defendants._____/ | |

**STIPULATED ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Plaintiffs, Douglas Hardy, MD, Glenn Champion and Dylan Tent (collectively, "Plaintiffs") and Defendants, National Association of REALTORS®, Michigan Association of REALTORS®, The Grosse Pointe Board of REALTORS®, Greater Metropolitan Association of REALTORS®, The North Oakland County Board of REALTORS® and Realcomp II Ltd. (collectively,

"Defendants") (Plaintiffs and Defendants may be referred to, collectively, as the "Parties") by their undersigned counsel, agree to the following:

WHEREAS, Plaintiffs filed a complaint ("Complaint") against Defendants in this matter;

WHEREAS, Defendants filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on November 1, 2024 (the "Motion"); and

WHEREAS, Plaintiffs and Defendants have agreed that Plaintiffs shall have until December 18, 2024, to file their Response to the Motion, and Defendants shall have until January 17, 2025, to file their Reply in support of their Motion.

**IT IS HEREBY ORDERED** that Plaintiffs shall have until December 18, 2024, to file their Response to the Motion, and Defendants shall have until January 17, 2025, to file their Reply in support of their Motion.

**IT IS FURTHER ORDERED** that, by executing this Stipulated Order, no Party waives of any rights, claims, or defenses, whether substantive, procedural, jurisdictional, or otherwise.

This is not a final order and does not close this case.

**SO ORDERED**.

Date: November 7, 2024                    <u>s/Jonathan J.C. Grey</u>
                                          Hon. Jonathan J.C. Grey
                                          District Court Judge

Stipulated and agreed as to form and content:

*/s/ Michael S. Clawson*
Michael S. Clawson (35728)
MICHAEL S CLAWSON PLLC
*Attorneys for Plaintiffs*
41000 Woodward Ave. Ste 395E
Bloomfield Hills, MI 48304
msc@mikeclawsonlaw.com


*/s/ David J. DeVine (w/ permission)*
David J. DeVine (P70012)
Sheldon H. Klein (P40162)
*Attorneys for Defendant Greater Metropolitan Association of REALTORS®*
BUTZEL LONG, P.C.
201 W. Big Beaver, Ste. 1200
Troy, MI 48084
Phone: (248) 258-1616
Fax: (248) 258-1439
devine@butzel.com
klein@butzel.com


*/s/ Richard D. Linnell (w/ permission)*
Richard D. Linnell (P59339)
James Randall Witham (P40162)
*Attorneys for Defendant North Oakland County Board of REALTORS®*
LINNELL & ASSOCIATES, PLLC
2804 Orchard Lake Road, Ste. 203
Keego Harbor, MI 48320
Phone: (248) 977-4182
Fax: (248) 232-6179
rlinnell@linnellfirm.com
jrwitham@linnellfirm.com

3

*/s/ Larry J. Saylor  (w/ permission)*
Larry J. Saylor (P28l65)
MILLER CANFIELD PADDOCK & STONE, P.L.C.
*Attorneys for Defendants*
*National Association of REALTORS®*
*and Michigan REALTORS®*
150 W. Jefferson Ave., Suite 2500
Detroit, MI  48226
(313) 963-6420
saylor@millercanfield.com


*/s/ Alexander E. Blum (w/ permission)*
Alexander E. Blum (P74070)
Brian D. O'Keefe (P39603)
LIPPITT O'KEEFE PLLC
*Attorneys for Realcomp II Ltd.*
370 E. Maple Rd.  Third Floor
Birmingham, MI 48009
248-646-8292
ablum@lippittokeefe.com
bokeefe@lippittokeefe.com


*/s/ Jared A. Roberts (w/ permission)*
Jared A. Roberts (P55182)
FRASER TREBILCOCK DAVIS & DUNLAP PC
*Attorneys for the Grosse Pointe*
*Board of REALTORS®*
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Phone: (517)377-0843
Fax: (517) 482-0887
jroberts@fraserlawfirm.com

4

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2024.

                                                                                 s/ **S. Osorio**
                                                          Sandra Osorio
                                                          Case Manager