# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS H. HARDY, M.D., GLENN CHAMPION, ESQ., DYLAN TENT, ET AL., as Representatives of a Class of Real Estate Brokers and Agents,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS®, MICHIGAN ASSOCIATION OF REALTORS®, THE GROSSE POINTE BOARD OF REALTORS®, GREATER METROPOLITAN ASSOCIATION OF REALTORS®, NORTH OAKLAND COUNTY BOARD OF REALTORS® AND REALCOMP II [SIC],<br><br>      Defendants. | Case No. 2:24-cv-12102-JJCG-DRG<br>Honorable Jonathan J.C. Grey |

**STIPULATED ORDER DETERMINING TIME FOR RESPONSES
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs Douglas H. Hardy M.D., Glenn Champion, Esq., Dylan Tent, et al. ("Plaintiffs") and Defendants National Association of REALTORS® ("NAR"), Michigan Association of REALTORS® ("MAR"), the Grosse Pointe Board of REALTORS® ("GPBR"), Greater Metropolitan Association of REALTORS® ("GMAR"), North Oakland County Board of REALTORS® ("NOCBR"), and Realcomp II Ltd. ("Realcomp") (collectively, "Defendants") (Plaintiffs and

Defendants may be referred to collectively as the "Parties," or individually as a "Party") by their undersigned counsel agree to the following:

WHEREAS, Plaintiffs filed an Amended Complaint against Defendants on or about November 21, 2024.

WHEREAS, the Parties have agreed as follows:

(i) the Defendants shall have until January 15, 2025 to respond to Plaintiffs' Amended Complaint;

(ii) the Plaintiffs shall have until February 21, 2025 to respond to Defendants' response; and

(iii) the Defendants shall have until March 21, 2025 to reply to Plaintiffs' response.

**IT IS HEREBY ORDERED** that Defendants must move, answer, or otherwise respond to Plaintiffs' Amended Complaint on or before January 15, 2025.

**IT IS HEREBY ORDERED** that Plaintiffs must move, answer, or otherwise respond to Defendants' response(s) to Plaintiffs' Amended Complaint on or before February 21, 2025.

**IT IS HEREBY ORDERED** that Defendants must move, answer, or otherwise reply to Plaintiffs' response on or before March 21, 2025.

**IT IS HEREBY FURTHER ORDERED** that this Stipulated Order is without waiver of any and all rights, claims, and defenses of each Party, whether substantive, procedural, jurisdictional, or otherwise.

**SO ORDERED.**


| | |
|---|---|
| Dated: December 2, 2024 | **s/Jonathan J.C. Grey**<br>Hon. Jonathan J.C. Grey<br>United States District Judge |

Stipulated and agreed
as to form and content:

*/s/Michael S. Clawson* (w/permission)
Michael S. Clawson (35728)
*Attorneys for Plaintiffs*
MICHAEL S CLAWSON PLLC
41000 Woodward Ave.
Ste 395E
Bloomfield Hills, MI 48304
msc@mikeclawsonlaw.com


*/s/David J. DeVine* (w/permission)
David J. DeVine (P70012)
Sheldon H. Klein (P40162)
*Attorneys for Defendant Greater*
*Metropolitan Association of REALTORS®*
BUTZEL LONG, P.C.
201 W. Big Beaver, Ste. 1200
Troy, MI  48084
Phone:  (248) 258-1616
Fax:  (248) 258-1439
devine@butzel.com
klein@butzel.com

*/s/Richard D. Linnell* (w/permission)
Richard D. Linnell (P59339)
James Randall Witham (P40162)
*Attorneys for Defendant North Oakland County Board of REALTORS®*
LINNELL & ASSOCIATES, PLLC
2804 Orchard Lake Road, Ste. 203
Keego Harbor, MI  48320
Phone:  (248) 977-4182
Fax:  (248) 232-6179
rlinnell@linnellfirm.com
jrwitham@linnellfirm.com


*/s/Larry J. Saylor* (w/permission)
Larry J. Saylor (P28165)
*Attorney for Defendants*
*National Association of REALTORS®*
*and Michigan Association of REALTORS®*
MILLER CANFIELD PADDOCK & STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI  48226
(313) 963-6420
saylor@millercanfield.com


*/s/Alexander E. Blum*
Alexander E. Blum (P74070)
Brian D. O'Keefe (P39603)
*Attorneys for Realcomp II Ltd.*
LIPPITT O'KEEFE PLLC
307 E. Maple Rd.
Third Floor
Birmingham, MI 48009
248-646-8292
ablum@lippittokeefe.com
bokeefe@lippitokeefe.com

*/s/Jared A. Roberts* (w/permission)
Jared A. Roberts (P55182)
*Attorneys for Grosse Pointe Board of REALTORS®*
FRASER TREBILCOCK DAVIS & DUNLAP PC
124 W. Allegan Street
Suite 1000
Lansing, MI 48933
Phone: (517) 377-0843
Fax: **(**517) 482-0887
jroberts@fraserlawfirm.com

Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 2, 2024.

                                  s/ S. Osorio
                                  Sandra Osorio
                                  Case Manager