UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOUGLAS H. HARDY, M.D., GLENN CHAMPION, ESQ., DYLAN TENT, ET AL., as representatives of a class of real estate brokers and agents,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, MICHIGAN ASSOCIATION OF REALTORS, THE GROSSE POINTE BOARD OF REALTORS, GREATER METROPOLITAN ASSOCIATION OF REALTORS, NORTH OAKLAND COUNTY BOARD OF REALTORS, AND REALCOMP II LTD.,<br><br>Defendants. | Case No. 2:24-cv-12102-JJCG-DRG<br><br>Hon. Jonathan J.C. Grey |

## NOTICE OF SUPPLEMENTAL AUTHORITY
## SUPPORTING DEFENDANTS' PENDING MOTION TO DISMISS

Defendants National Association of REALTORS®, Michigan Association of REALTORS®, Grosse Pointe Board of REALTORS®, Greater Metropolitan Association of REALTORS®, North Oakland County Board of REALTORS®, and Realcomp II Ltd. (together "Defendants") respectfully submit this Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF No. 29 ("MTD").

1

Defendants submit this Notice of Supplemental Authority as the supplemental authority involves similar claims and allegations as this action.

On July 31, 2025, United States District Judge Joseph F. Leeson, Jr. of the Eastern District of Pennsylvania granted the defendants' motion to dismiss the plaintiff's complaint in *Muhammad v. National Association of REALTORS®, et al.*, No. 5:24-cv-5543, ECF No. 67 (Opinion); ECF No. 68 (Order Granting Motion to Dismiss). This decision is attached as Exhibit A.

The plaintiff in *Muhammad*, a real estate professional in Pennsylvania, filed a *pro se* complaint against the National Association of REALTORS®, Pennsylvania Association of REALTORS®, Greater Lehigh Valley Association of REALTORS®, and certain individuals alleging, among other claims, violations of Sections 1 and 2 of the Sherman Act, stemming from the alleged requirement that real estate agents maintain membership in the defendant organizations to participate in the multiple listing service at issue. The decision in *Muhammad* is instructive here because the *Muhammad* complaint rests on a similar factual basis as the *Hardy* First Amended Complaint, and Defendants here have identified similar legal and factual pleading deficiencies.

In dismissing the claims, the court, among other reasons, concluded that *Muhammad* failed to allege the existence of a tying arrangement or that the membership requirement to access the MLS imposed an unreasonable restraint of

2

trade. Opinion at 25–28. The court recognized that the "[n]umerous federal and state courts have declined to hold that an antitrust violation is present where a multiple listing service merely conditions access to the multiple listing service upon membership in a board of REALTORS®." *Id*. at 24–25 (quoting *Venture Res. Grp. v. Greater N.J. Reg'l Multiple Listing Serv.*, No: 95-0401 (MLP), 1995 U.S. Dist. LEXIS 21177, at *8 (D.N.J. Aug. 23, 1995) and citing *Reifert v. S. Cent. Wis. MLS Corp.*, 450 F.3d 312, 316–20 (7th Cir. 2006) and *Pope v. Miss. Real Estate Com.*, 872 F.2d 127 (5th Cir. 1989)). Similarly, in rejecting Muhammad's monopolization claims, the court relied on *Findling v. Realcomp II, Ltd.*, No. 17-cv-11255, 2018 U.S. Dist. LEXIS 47082, at *6–7 (E.D. Mich. Mar. 22, 2018), noting that "courts have found that restricting access to MLS by requiring persons to pay a membership fee to join a real estate association is not anticompetitive conduct; rather it promotes competition." Opinion at 33–34. The court denied leave to amend, finding that any further attempt to amend would be futile. *Id*. at 49.

As in *Muhammad*, Defendants here argue that Plaintiffs fail to plead sufficient facts to establish that the alleged conduct of requiring REALTOR® association membership to access Realcomp's MLS states a claim under Sections 1 and 2 of the Sherman Act. MTD, PageId.443–59. Defendants' arguments rely, in part, on the authority underlying the *Muhammad* decision and Plaintiffs do not allege facts that would warrant a different outcome. Accordingly, the *Muhammad* decision supports

3

Defendants' Motion to Dismiss in this case and the dismissal of Plaintiffs' claims under the Sherman Act.

Plaintiffs' First Amended Complaint should be dismissed for the additional grounds set forth in Defendants' motion to dismiss based on precedent from the Sixth Circuit and the Eastern District of Michigan and specific deficiencies of Plaintiff's allegations, including as to failure to allege relevant product or geographic markets, failure to allege antitrust injury, and failure to allege a conspiracy.

Dated:  August 12, 2025

| | |
|---|---|
| MILLER CANFIELD PADDOCK & STONE, P.L.C. | LINNELL & ASSOCIATES PLLC |
| By: *s/ Larry J. Saylor* <br>     Larry J. Saylor (P28165) <br>     Kimberly L. Scott (P69706) <br>     150 W. Jefferson Ave <br>     Suite 2500 <br>     Detroit, MI 48226 <br>     Tel: 313-963-6420 <br>     saylor@millercanfield.com <br>     scott@millercanfield.com <br><br> *Attorneys for Defendants National Association of REALTORS® and Michigan Association of REALTORS®* | By: *s/ Richard D. Linnell* <br>     Richard D. Linnell <br>     2804 Orchard Lake Road, Suite 203 <br>     Keego Harbor, MI 48320 <br>     Tel: 248-977-4182 <br>     rlinnell@linnellfirm.com <br><br> *Attorneys for Defendant North Oakland County Board of REALTORS®* |

BUTZEL LONG

By: *s/ David J. DeVine*
David J. DeVine
Sheldon H. Klein
201 W. Big Beaver, Suite 1200
Troy, MI 48084
Tel: 248-258-1616
devine@butzel.com
klein@butzel.com

*Attorneys for Defendant Greater Metropolitan Association of REALTORS®*

WEINGARDEN LAW, PLLC

By: *s/ Harvey R. Weingarden*
Harvey R. Weingarden (P31534)
370 E. Maple Rd., Third Floor
Birmingham MI 48009
Tel: 248-723-1650
hweingardenlaw@gmail.com

*Co-Counsel for Defendant Realcomp II, Ltd.*

LIPPITT O'KEEFE PLLC

By: *s/ Brian O'Keefe*
Brian O'Keefe (P39603)
Alexander E. Blum (P74070)
370 East Maple Road, Third Floor
Birmingham, MI 48009
Tel: 248-609-3526
bokeefe@lippittokeefe.com
ablum@lippittokeefe.com

*Co-Counsel for Defendant Realcomp II Ltd.*

FRASER TREBILCOCK ET. AL. P.C.

By: *s/ Jared A. Roberts*
Jared A. Roberts (P55182)
124 W. Allegan St., Suite 1000
Lansing, MI 48933
Tel: 517-482-5800
jroberts@fraserlawfirm.com

*Attorney for Defendant Grosse Point Board of REALTORS®*

## CERTIFICATE OF SERVICE

I certify that on August 12, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which sends notification of such filing to all Attorneys of Record.

                MILLER CANFIELD PADDOCK & STONE, P.L.C.

By: *s/ Larry J. Saylor*
      Larry J. Saylor (P28165)
      Kimberly L. Scott (P69706)
      150 W. Jefferson Ave
      Suite 2500
      Detroit, MI 48226
      Tel: 313-963-6420
      saylor@millercanfield.com
      scott@millercanfield.com

*Attorneys for Defendants National Association of REALTORS® and Michigan Association of REALTORS®*