THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

DOUGLAS H. HARDY, M.D.,

GLENN CHAMPION, ESQ.　　　　　　　　CASE NO.24-cv-12102

DYLAN TENT, ET AL, As Representatives of a　　HON. Jonathan J.C. Grey

Class of Real Estate Brokers and Agents,　　　　MAG. David D. Grand

PLAINTIFFS,

V.　　　　　　　　　　　　　　　　　　　　CLASS ACTION

NATIONAL ASSOCIATION OF REALTORS,

MICHIGAN ASSOCIATION OF REALTORS,

THE GROSSE POINTE BOARD OF REALTORS,

GREATER METROPOLITAN ASSOCIATION OF

REALTORS, NORTH OAKLAND COUNTY BOARD

OF REALTORS, AND REALCOMP II,

DEFENDANTS.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Plaintiffs, through their undersigned counsel, submit the following MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY.

1. Pursuant to Local Rule 7.1(a), on November 18, 2025, Plaintiffs' counsel conferred with Defendants' counsel and sought concurrence in the relief requested by this motion. Concurrence was not granted.

2. On October 18, 2025, the National Association of Realtors (NAR), after hiring an outside anti-trust law firm to review their policies and procedures surrounding the mandatory requirement that agents and brokers be members of the NAR in order to access the Multi List System ( MLS), announced that it would no longer require membership in the NAR in order for an agent or broker to access the MLS.

3. This decision, which is codified in the NAR's MLS Policies and Procedure Handbook, clearly removes the requirement of NAR membership as a precursor to MLS access, a critical claim in the pending matter before this court.

4. In addition, the propriety of compulsory membership in the NAR as a

precursor to MLS access, is at the heart of Defendants' claim that Plaintiffs' cause of action fails to state a viable Anit-trust violation.

5. Defendant NAR, by changing its policies to avoid future Anti-trust litigation, is essentially admitting that its previous policy was a violation of Anti-trust law.

6. Plaintiffs believe that the accompanying Notice of Supplemental Authority, attached as Exhibit 1, in the form of the NAR adopted revised MLS Policies and Procedures will assist the court in deciding Defendants' Motion to Dismiss as it clearly demonstrates the NAR's admission that its previous policies violated Anit-trust law.

Plaintiffs respectfully request leave from this Court to file the Notice of Supplemental Authority attached as Exhibit1.

Respectfully Submitted,
/s/*Michael S. Clawson*
Michael S. Clawson P35728
Attorney for Plaintiffs
41000 Woodward Ave., Suite 395 East
Bloomfield Hills, Michigan 48304
(248)433-4366
msc@mikeclawsonlaw.com

Dated November 19, 2025

## **CERTIFICATE OF SERVICE**

Michael S. Clawson certifies that he served a copy of the foregoing document upon each counsel of record through the electronic court filing system on November 19, 2025.

> */s/ Michael S. Clawson*
> Michael S. Clawson P35728
> Attorney for Plaintiffs
> 41000 Woodward Ave,
> Suite 395 East
> Bloomfield Hills, MI 48304
> 248-433-4366
> msc@mikeclawsonlaw.com