THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

DOUGLAS H. HARDY, M.D.,

GLENN CHAMPION, ESQ.                     CASE NO.24-cv-12102

DYLAN TENT, ET AL, As Representatives of a      HON. Jonathan J.C. Grey

Class of Real Estate Brokers and Agents,        MAG.  David D. Grand

                       PLAINTIFFS,

V.                                        CLASS ACTION

NATIONAL ASSOCIATION OF REALTORS,

MICHIGAN ASSOCIATION OF REALTORS,

THE GROSSE POINTE BOARD OF REALTORS,

GREATER METROPOLITAN ASSOCIATION OF

REALTORS, NORTH OAKLAND COUNTY BOARD

OF REALTORS, AND REALCOMP II,

                       DEFENDANTS.

_____

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority in Support of Plaintiffs' Response to Defendants' Motion to Dismiss pursuant to 12 (b) (6) of the Federal Rules of Civil Procedure.

On October 18, 2025, the National Association of Realtors (NAR), after hiring an outside anti-trust law firm to review their policies and procedures surrounding the mandatory requirement that agents and brokers be members of the NAR in order to access the Multi List System (MLS), announced that it would no longer require membership in the NAR in order for an agent or broker to access the MLS.    In making that decision, the NAR specifically cited that it had retained a top national law firm to conduct an Anti-trust risk assessment of NAR and MLS Policies.  This decision, which is codified in the NAR's MLS Policies and Procedure Handbook, clearly removes the requirement of NAR membership as a precursor to MLS access, a critical claim in the pending matter before this court. A copy of these policy changes is attached as Exhibit1.

Defendant NAR, by changing its policies to avoid future Anti-trust

Litigation, is essentially admitting that its previous policy was a violation of Anti-trust law.   Plaintiffs believe that the policy changes in the form of the NAR adopted revised MLS Policies and Procedures will assist the Court in deciding Defendants' Motion to Dismiss as it clearly demonstrates the NAR's admission that its previous policies violated Anit-trust law.   This admission is critical to the issues raised by Plaintiffs in their complaint and rebut the Defendants' arguments that the previous policy of the NAR requiring membership in its organization in order for brokers and agents to access the MLS did not violate of Anti-trust law and were not wrongful.

Respectfully Submitted,

/s/ *Michael S. Clawson*

Michael S. Clawson P35728

Attorney for Plaintiffs

41000 Woodward Ave., Suite 395 East

Bloomfield Hills, Michigan 48304

(248)433-4366

Dated November 19, 2025          msc@mikeclawsonlaw.com

# EXHIBIT 1

# NAR Announces Approval of Comprehensive Updates to Modernize MLS Handbook

Follow

- 1. NAR Announces Approval of Comprehensive Updates to Modernize MLS Handbook



Jason Sanchez

Posted yesterday

*FROM: Kevin Sears*

*SUBJECT: NAR Announces Approval of Comprehensive Updates to Modernize MLS Handbook*

1

*All, please see the below message from Kevin Sears regarding an important MLS update.*

Dear MLS Leaders,

I am reaching out to share that today, NAR is announcing the approval of a series of updates to the MLS Handbook, following a comprehensive review of our existing MLS policies. The updates focus on modernizing the Handbook to ensure it reflects how agents and MLSs operate today.

The changes were approved by the MLS Committee and the Executive Committee and were shared with the NAR Board of Directors, following earlier review and approval by the MLS Technology and Emerging Issues Advisory Board.

For background, for the first time in its history, NAR completed a comprehensive risk assessment of all MLS policies, with the assistance of a leading outside law firm. To review our policies and decide on which to change, I convened the "MLS Policy Risk Assessment Presidential Advisory Group," or MLS PAG, representing a broad cross-section of industry stakeholders.

Based on their review, the MLS PAG submitted 18 recommendations on which MLS Handbook policies should be modified or repealed. In total, the PAG made 18 recommendations that work to:

- Reinforce matters of local discretion, such as non-member access to MLS;

- Clarify MLS administrative matters and operations and rules enforcement; and

- Remove matters that reflect outdated practices for MLS enforcement.

The recommendations ensure that MLS policies will continue to serve the best interests of REALTORS® across the country. Now that the recommendations are approved, the updates will be reflected in the 2026 MLS Handbook, scheduled to be published in January 2026.

NAR will continue to review and implement policy modifications, when necessary, with transparency and in a timely manner, to ensure that policies remain current and in line with the evolving needs of our members and the industry.

To answer any questions you may receive from members or other stakeholders, we have prepared the talking points below to help guide your conversations. Please keep us informed of those discussions. If you receive any inquiries from the media, please share them with Bennett Richardson (BRichardson@NAR.Realtor) and Raffi Williams (RWilliams@NAR.Realtor).

Thank you,

Kevin Sears

Immediate Past NAR President

## **Talking Points**

### **Summary**

- [Today/this week] NAR announced the approval of comprehensive updates to modernize the MLS Handbook.

- For background, in 2025, NAR conducted its first comprehensive antitrust risk assessment of all MLS policies, led by a top national law firm.

2

- Kevin Sears appointed an MLS Policy Risk Assessment Presidential Advisory Group (MLS PAG), a diverse group of brokers, association and MLS executives, and industry partners, to review findings and propose updates to existing MLS policies.

- The MLS PAG recommended 18 policy updates to the MLS Handbook, focusing on reinforcing matters of local discretion, modernizing administrative, operations, and enforcement rules, and removing outdated practices, culminating in the first fulsome update in 20 years.

- The recommendations have been approved by the MLS Technology and Emerging Issues Advisory Board and the MLS and Executive Committees, and were shared with the Board of Directors.

- These updates mark the start of NAR's broader MLS modernization and risk mitigation efforts.

## Additional Talking Points (as needed)

- The assessment was conducted by preeminent antitrust experts from nationally renowned law firm, Sullivan & Cromwell, and reviewed by Kevin Sears' MLS PAG.

  - The MLS PAG met 4 times, and it represented a broad cross-section of industry stakeholders (brokers, association execs, MLS execs, and industry partners).

- To clarify matters of local discretion and modernize the MLS Handbook to better reflect current practices, the 2025 MLS Policy Risk Assessment Presidential Advisory Group (MLS PAG) is making 18 recommendations to update the MLS Handbook. The modifications to the policies work to:

  - Reinforce matters of local discretion, such as non-member access to MLS (7 recommendations),
  - Clarify MLS administrative matters and operations (6 recommendations), and rules enforcement (2 recommendations); and
  - Remove matters that reflect outdated practices for MLS enforcement (3 recommendations).

- The recommendations have been approved by the MLS Technology and Emerging Issues Advisory Board and the MLS and Executive Committees, and were shared with the Board of Directors.

- As the last comprehensive update to the MLS Handbook occurred 20 years ago, the recommendations modernize the MLS Handbook to ensure that:

  - Policies continue to support members in serving in their clients' best interests,
  - Potential legal risks are minimized and avoided for NAR, REALTOR® association MLSs, and members; and
  - The way MLSs and agents operate today is properly reflected.

- These recommendations represent the first outcome of NAR's risk mitigation efforts. Moving forward, NAR will continue to pursue opportunities to:

  - Further modernize MLS policies,
  - Mitigate potential legal risks; and
  - Better serve MLSs, members, and the industry.

- NAR's governance structure ensures that the association will continue providing MLS policy guidance.

**Policy Consideration**

MLS Policy Risk Assessment PAG Recommendations

**Background**

For the Committee's consideration/approval, the MLS Technology and Emerging Issues Advisory Board is making the following (18) recommendations from the MLS Policy Risk Assessment Presidential Advisory Group (MLS PAG), each with the corresponding: policy language, rationale, and if appropriate other considerations.

For ease in reference, these recommendations are categorized as: 1) Policies Related to Non-Member Access to MLS, 2) Policies Related to MLS Operations/Agreements, and 3) Policies Related to Brokerage Activities and Rules Enforcement.

<u>**Policies Related to Non-Member Access to MLS**</u>

**Recommendation #1:**
**To repeal Policy Statement 7.25, Procedures to be Followed by an Association of REALTORS® Upon Demand for Access to the Association's Multiple Listing Service Without Association Membership**

<u>Policy Language Being Repealed:</u>
*In states other than California, Georgia, Alabama, and Florida, whenever an association is confronted with a request or demand by an individual for access to the association's multiple listing service without membership in the association, member associations are advised that the association should immediately advise both the state association and the Member Policy Department of the National Association, and the recommended procedures will be provided to the member association with any other pertinent information or assistance. It is important that the state association and National Association be advised immediately if such request or demand for access to the association MLS as described is received.* **M**

<u>Rationale:</u>
This policy is not enforced. Requiring association membership is a matter of local discretion.

<u>Other Considerations:</u>
MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this policy statement, and a local MLS's decision to provide access to non-member Participants.

**Recommendation #2:**
**To repeal the Note under Policy Statement 7.26, Prerequisites for Participation in or Access to a Commercial/Industrial Multiple Listing Service of an Association of REALTORS®**



Policy Language Being Repeal:

*An association may require any applicant for commercial information exchange participation or commercial/industrial MLS participation and any licensee affiliated with the CIE or C/I MLS participant who has access to and use of CIE or C/I MLS-generated information to complete an orientation program of no more than twelve (12) classroom hours devoted to the CIE or C/I MLS rules and regulations and computer training related to the CIE or C/I MLS information entry and retrieval. (Amended 11/96)*

*Note: Associations are not required to establish prerequisites for CIE or C/I MLS participation beyond holding REALTOR® (principal) membership in an association. However, if an association wishes to establish prerequisites for CIE or C/I MLS participation or access to CIE or C/I MLS-generated information, the requirement of attendance at an orientation program is the most rigorous prerequisite that may be required. (Amended 11/96)* **M**

Rationale:
Other Considerations:

This policy is ambiguous and subject to potential misinterpretation. MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this Note, and a local C/I MLS's decision to provide access to non-member Participants.

**Recommendation #3:** **To repeal Policy Statement 7.7, Association Membership as a Prerequisite to MLS Participation**

Policy Language Being Repealed:

*To the extent permitted by law, the National Association remains firmly and unequivocally committed to the principle that association membership is a reasonable condition of participation in the association's multiple listing service providing membership in the association is readily available to all eligible and qualified individuals on reasonable and non-discriminatory terms and conditions. (Amended 11/04)* **R**

Rationale:

Requiring association membership is a matter of local discretion.

Other Considerations:

MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this Policy Statement, and a local MLS's decision to provide access to non-member Participants. MLSs will seek assurance that they can still require association membership locally and deem it a reasonable requirement.

**Recommendation #4:** **To repeal Policy Statement 7.38, MLS Indoctrination Requirements Relating to Individuals Entitled to Participation without Association Membership**

Policy Language Being Repealed:

*In processing the application of an individual entitled by law to MLS participation without REALTOR® membership, the listing*



*information and services shall be promptly provided upon completion of the following:*

1.  *confirmation applicant has a valid, current, real estate license or certificate*
2.  *applicant's written application and agreement to abide by the MLS rules and regulations*
3.  *applicant's completion of any required MLS orientation on MLS bylaws, MLS rules and regulations, other MLS related policies or procedures, and computer training related to MLS information entry and retrieval within a reasonable time not to exceed thirty (30) days, and*
4.  *payment of all required initial MLS fees or charges*

*If any examination on the MLS orientation is given, it shall be an open-book, no-pass, no-fail examination for programmed learning purposes only (amended 11/04)* **M**

**Rationale:**

Repealing the policy will promote MLS's making independent local decisions.

**Other Considerations:**

MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this policy statement, and a local MLS's decision to provide access to non-member Participants.

**Recommendation #5:**

**To repeal Policy Statement 7.55, Nonmember Broker/Appraiser Access**

**Policy Language Being Repealed:**

*MLSs may, as a matter of local discretion, make limited participation in MLS available to all brokers (principals) and firms comprised of brokers (principals) and to licensed or certified real estate appraisers (principals) and firms comprised of licensed or certified real estate appraisers. Limitations on participatory rights, if any, shall be determined locally. (Amended 11/04)* **O**

**Rationale:**

Repealing the policy will promote MLS's making independent local decisions.

**Other Considerations:**

MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this policy statement, and a local MLS's decision to provide access to non-member Participants.

**Recommendation #6:**

**To repeal Policy Statement 7.92, Orientation and Other Training**

**Policy Language Being Repealed:**

*Multiple listing services may, as a matter of local discretion, require applicants for MLS participation and licensees (including licensed or certified appraisers) affiliated with an MLS participant*



*who have access to and use of MLS-generated information to complete an orientation program of no more than eight (8) classroom hours devoted to the MLS rules and regulations, computer training related to MLS information entry and retrieval, and the operation of the MLS within thirty (30) days after access has been provided. Participants and subscribers may also be required, at the discretion of the MLS, to complete additional training of not more than four (4) classroom hours in any (12) twelve-month period when deemed necessary by the MLS to familiarize participants and subscribers with system changes or enhancements and/or changes to MLS rules or policies. Participants and Subscribers must be given the opportunity to complete any mandated orientation and additional training remotely. (Amended 11/17)* **M**

Rationale:

MLSs have local discretion to determine whether to require Participants to complete an orientation program, including what training is required for members and nonmembers.

Other Considerations:

MLS PAG Members expressed a potential need for best practices from NAR, CMLS or others when establishing orientation requirements for MLS access.

**Recommendation #7:**

**To amend Policy Statement 7.58, Internet Data Exchange Policy, removing the optional provision found in the "Additional Local Issues/Options"**

Policy Language Being Repealed:

*Where MLS participatory rights are available to non-member brokers or firms as a matter of law or local determination, the right to IDX display of listing information may be limited, as a matter of local option, to participants who are REALTORS®. (Amended 05/12)*

Rationale:

Repealing this policy will reduce ambiguity regarding the authority of a local MLS to limit IDX display rights to non-member brokers and firms.

Other Considerations:

MLS PAG members expressed a need for education, guidance, and messaging related to the deletion of this policy statement, and a local MLS's decision to provide access to non-member Participants.

**Policies Related to MLS Operations/Agreements**

**Recommendation #8:**

**To repeal Policy Statement 7.54, Names of Multiple Listing Services**

Policy Language:

*The names of association-owned or operated multiple listing services (including multi- association and regional multiples) should rationally relate to the area served. Challenges by other associations to the appropriateness of any name utilized shall be*

**NATIONAL ASSOCIATION OF REALTORS®**