# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DOUGLAS H. HARDY, M.D.,
GLENN CHAMPION, ESQ.,
DYLAN TENT, ET AL., as
Representatives of a Class of Real
Estate Brokers and Agents,

          Plaintiffs,

v.

NATIONAL ASSOCIATION OF REALTORS®,
MICHIGAN ASSOCIATION OF REALTORS®,
THE GROSSE POINTE BOARD OF REALTORS®,
GREATER METROPOLITAN ASSOCIATION OF
REALTORS®, NORTH OAKLAND COUNTY
BOARD OF REALTORS® AND REALCOMP II,

          Defendants.

_____/

Case No. 2:24-cv-12102
Honorable Jonathan J.C. Grey

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on March 31, 2026, **IT IS ORDERED AND ADJUDGED** that the cause of action is **DISMISSED**.

     **SO ORDERED**.

Dated: March 30, 2026

          **s/Jonathan J.C. Grey**
          Jonathan J.C. Grey
          United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager