**Form 1A**

**Notice of Appeal to a Court of Appeals From a
Judgment of a District Court**

United States District Court for the Eastern
District of Michigan
Docket Number 2:24-cv-12102

Douglas Hardy, et al
, Plaintiff

v.

National Association of Realtors, et al

, Defendant

Notice of Appeal

Douglas Hardy, Glenn Champion, Dylan Te (name all parties taking the appeal)* appeal
to the United States Court of Appeals for the Sixth   Circuit
from the final judgment entered on March 30, 2026 (state the date
the judgment was entered).

(s) _____ MICHAEL S. CLAWSON
*Attorney for* Plaintiffs
*Address*: 401 S. Old Woodward Ave., Suite 470 Birmingham, MI 48009

[***Note to inmate filers:*** *If you are an inmate confined in an
institution and you seek the timing benefit of Fed. R. App. P.
4(c)(1), complete Form 7 (Declaration of Inmate Filing) and
file that declaration with this Notice of Appeal.*]

* See Rule 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

Michael S. Clawson certifies that he served a copy of the foregoing document, Plaintiffs Notice of Appeal,  upon each counsel of record through the electronic court filing system on April 23, 2026.

> */s/ Michael S. Clawson*
>
> Michael S. Clawson P35728
>
> Attorney for Plaintiffs
>
> 401 S. Old Woodward Ave.
>
> Suite470
>
> Birmingham, MI 48009
>
> 248-433-4366
>
> msc@mikeclawsonlaw.com