UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Douglas H Hardy, et al.,

Plaintiff(s),

v.

Case No. 2:24–cv–12102–JJCG–DRG
Hon. Jonathan J.C. Grey

National Association of
Realtors, et al.,

Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on April 23, 2026.


KINIKIA D. ESSIX, CLERK OF COURT


By: s/ S. Schoenherr
      Deputy Clerk


Dated:   April 23, 2026